UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 25-MJ-192 |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 111(a)(1) |
| **OMARI JUAN BEIDLEMAN,** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees)** |
| Defendant. | : | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about August 29, 2025, within the District of Columbia, **OMARI JUAN BEIDLEMAN** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with National Guard Private First Class Q.D. and National Guard Private First Class J.E., persons designated in Section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of 18 U.S.C. § 111(a)(1))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Kate M. Naseef*
      Kate M. Naseef
      Assistant United States Attorney