CATEGORY A
PLEA TO INFORMATION

CO-14
Rev. 12/01

Case: 1:25-cr-00270
Assigned To: Judge Sooknanan, Sparkle L.
Assign Date: 9/8/2025
Description: INFORMTION (A)

VIOLATIONS & COUNTS: 18 U.S.C. § 111(a)(1)

DEFENDANT: OMARI JUAN BEIDLEMAN

ADDRESS: [redacted]

DATE OF BIRTH: [redacted]

PDID NUMBER: [redacted]

JAIL: N/A
or
BOND: X

ARREST DATE (if none, so state): 05/29/2025

MAGISTRATE NUMBER (if none, so state): 25-mj-192

AUSA: Kate M. Naseef – 202-252-1796
(Name and Telephone Number)

ATTORNEY FOR DEFENDANT:
(Address and Telephone Number)
Tezira Abe
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Ave NW
Suite 550
Washington, DC 20004
202-208-7500
Email: tezira_abe@fd.org

PLEASE INDICATE WHETHER OR NOT DEFENDANT HAS A PENDING CASE & NAME OF JUDGE TO WHOM ASSIGNED:

[ ] No pending case

[ ] Pending case is Criminal No.:

Judge Name: