**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25CR270** |
| | ) | |
| **OMARI BEIDLEMAN** | ) | |
| | ) | |

**NOTICE**

Please enter the appearance of attorney Elizabeth Ann Mullin on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Elizabeth Ann Mullin
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500