**U.S. Department of Justice**

**Jeannine Ferris Pirro**
**United States Attorney**

***District of Columbia***

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

September 10, 2025

VIA USAFX and Email
Tezira Abe
Tezira_Abe@fd.org

Elizabeth Mullin
elizabeth_mullin@fd.org

Montserrat A. Fernandez
montserrat_a_fernandez@fd.org

Rhiannon Little
rhiannon_little@fd.org

Re: *United States v. Omari Juan Beidleman 25-cr-270*

Dear Counsel:

Pursuant to our discovery obligations, we are writing to provide the following items listed below:

- With this letter, the government is provided the following files via USAfx:
  - 089B-WF-4125927_0000002_Redacted.pdf
  - 089B-WF-4125927_0000001_Redacted.pdf
  - 089B-WF-4125927_0000003_Redacted.pdf
  - 089B-WF-4125927_0000005_Redacted.pdf
  - 089B-WF-4125927_0000004_Redacted.pdf

- 089B-WF-4125927_0000002_1A0000001_0000002_Redacted.pdf
- 089B-WF-4125927_0000003_1A0000002_0000001_Redacted.pdf
- 089B-WF-4125927_0000004_1A0000003_0000001.pdf
- 089B-WF-4125927_0000004_1A0000003_0000002_Redacted.pdf
- 089B-WF-4125927_0000005_1A0000004_0000001_Redacted.pdf
- 089B-WF-4125927_0000002_1A0000001_0000001_Redacted.pdf
- manifest.xlsx
- 089B-WF-4125927_0000005_1A0000004_0000003.jpg
- 089B-WF-4125927_0000005_1A0000004_0000002_Redacted.pdf

(***As with all files uploaded to USAfX, they may automatically delete after 60 days per the automatic retention policy in place. Please download the files before then.)***

*Upcoming Discovery*

The government will continue to provide additional discovery on a rolling basis. Like the files being provided in connection with this letter.

Please contact us if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that

defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

*/s/ Kate M. Naseef*

Kate Naseef
Assistant United States Attorney
VA Bar No. 87850
U.S. Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-809-2057
kate.naseef2@usdoj.gov