**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-cr-270 (SLS)** |
| | : | |
| **OMARI JUAN BEIDLEMAN,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO EXTEND RESPONSE DEADLINE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to continue the Government's deadline to respond to Defendant's Motion to Dismiss, which was filed on September 19, 2025. ECF No. 15. Presently, the Government's deadline to respond to Defendants' Motion is September 26, 2025, by virtue of the Court's September 12, 2025, Pretrial Order. The Government respectfully requests an extension of its response deadline to October 3, 2025, due to the complexity of the issues raised in the motion to dismiss. Assuming the Defendant's reply deadline is also extended until October 8, 2025, this motion will still be fully briefed more than five weeks before the November 17, 2025, trial date.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kate M. Naseef*

KATE M. NASEEF
VA Bar No. 87850
Assistant United States Attorney
U.S. Attorney's Office
Violent Crime & Narcotics Trafficking Section
601 D Street, NW
Washington, D.C. 20530