**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 25-cr-270 (SLS)** |
| | ) | |
| **OMARI JUAN BEIDLEMAN,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO EXTEND REPLY DEADLINE**

Mr. Omari Beidleman, by and through his attorney, hereby asks the Court to continue Mr. Beidleman's deadline to file a reply from October 3, 2025, to October 6, 2025. At the status hearing, the Court advised that it would not entertain motions to extend deadlines for motions. Therefore, Mr. Beidleman timely filed a motion to dismiss on September 19, 2025, in accordance with the Court's Scheduling Order. ECF No. 15. On September 23, 2025, counsel for the government contacted counsel for Mr. Beidleman asking if the undersigned would consent to the government's motion asking for a week's extension for filing a response to the Motion to Dismiss. The undersigned informed the government that we would not consent to the extension request. The undersigned are of the belief that the contents of the motion to dismiss are predictable in light of the allegations in the Complaint and Information and, therefore, do not warrant an extension for filing a response. The government elected to bring this case in federal court and declined to present the case to a grand jury. It should have been aware of the legal issues it implicates before charging Mr. Beidleman.

That same day, the government filed a motion to extend its response deadline from September 26, 2025, to October 3, 2025. ECF No. 16. In its motion, the government did not disclose to the Court that defense counsel did not consent to the government's motion. ECF No.

16. The Court granted in part and denied in part the government's motion in a minute order. The Court's minute order extended the government's deadline to response from September 26, 2025, to September 29, 2025. In the same order, the Court continued Mr. Beidleman's deadline to file a reply from October 1, 2025, to October 3, 2025.

In light of the Court's decision to grant the government an additional three business days for filing its response, Mr. Beidleman respectfully moves this Court to grant him the same. Mr. Beidleman, therefore, moves the Court for an extension to file his reply until October 6, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
______________________________
ELIZABETH MULLIN
MATTHEW FARLEY
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500