**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 25-cr-270 (SLS)** |
| | ) | |
| **OMARI JUAN BEIDLEMAN,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER

Upon consideration of the defendant's Motion to Extend Reply Deadline, it is hereby ORDERED that the Motion is GRANTED; the defense shall file its Reply, if any, to the government's Opposition to the Motion to Dismiss by October 6, 2025.