**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-cr-270 (SLS)** |
| | : | |
| **OMARI JUAN BEIDLEMAN,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO SEPTEMBER 23, 2025 MINUTE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's September 23, 2025, Minute Order. The government unintentionally left out the sentence usually included in nondispositive motions that confirms that the parties conferred and conveys the other party's position. The motion as filed was silent on the Defendant's position and did not imply that the Defendant concurred. However, it is the government's practice to include the Defendant's position in such motions, and, as previously stated, the oversight was unintentional.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kate M. Naseef*
KATE M. NASEEF
VA Bar No. 87850
Assistant United States Attorney
U.S. Attorney's Office
Violent Crime & Narcotics Trafficking Section
601 D Street, NW
Washington, D.C. 20530