**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No.: 25-cr-00270 (SLS)** |
| | : | |
| **OMARI JUAN BEIDLEMAN,** | : | |
| **Defendant.** | | |

**NOTICE OF APPEARANCE**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Diane Shrewsbury has assumed responsibility for the defense of the defendant as co-counsel. Please send copies of all notices and inquiries to the attorney listed below.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
___________________________

DIANE SHREWSBURY
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
diane_shrewsbury@fd.org