NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 25-cr-270 (SLS) |
| ) | |
| OMARI JUAN BEIDLEMAN, ) | |
| ) | |
| Defendant ) | |
| ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion to Dismiss the Information with Prejudice, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the Information is dismissed with prejudice.

                                                                                                       _____
                                                                                                       Sparkle L. Sooknanan
                                                                                                       U.S. District Judge